UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re

TRIPLE POINT DEFENSE CORP.,

                        Debtor.
---------------------------------------------------------------X

Chapter 11
Case No.

**AFFIDAVIT PURSUANT TO**
**TO LOCAL RULE 1007-4**

STATE OF NEW YORK)
                    SS.:
COUNTY OF SUFFOLK )

SHAMS AYUB, being duly sworn, depose and says, under penalties of perjury:

1.     I am the President of TRIPLE POINT DEFENSE CORP, the Debtor and Debtor-In-Possession in this chapter 11 bankruptcy case (the "Debtor"), and I make this affidavit in compliance with the obligations of a Debtor-in-Possession pursuant to Local Bankruptcy Rule 1007-4.

2.     This case was commenced by the filing of a voluntary petition with this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. Section 101-et seq., on February 2, 2026 (the "Filing Date").

3.     The Debtor is a New York Corporation having an address of 1371-6 Church Street, Bohemia, New York 11716. The Debtor is a not single asset real estate debtor within the meaning of 11 U.S.C. Section 101(51B). The Debtor is a small business debtor within the meaning of 11 U.S.C. Section 101(51D).

4.     The Debtor is engaged in the business of operating a machine shop specializing in precision components and hardware for aerospace applications located at 1371-6 Church Street, Bohemia, New York 11716 (the "Business Premises").

5.  The Debtor is managed by its President Shams Ayub ("Ayub").

6.  The Debtor was formed on May 15, 2020 by me for the purpose of purchasing the existing business known from the prior owner, Triple Point Manufacturing, Inc. (the "Prior Owner").

7.  The Debtor purchased the business from the Prior Owner in early 2021. In order to facilitate a smooth transition, the principal of the Prior Owner, Bernd Lichtenberger ("Lichtenberger") stayed on after the sale as an employee of the Debtor. The Debtor operated successfully for a few years until late 2023 when Lichtenberger fell ill and was no longer able to work. It turns out that several of the Debtor's clients did not want to remain with the Debtor if Lichtenberger was not there, and thus the Debtor lost a significant portion of its business and began suffering severe cash flow problems. The Debtor's cash flow problems were significant, and Ayub attempted to keep the business afloat by paying the Debtor's obligations with his personal funds. However, ultimately, the Debtor fell behind with both its landlord 1371 Church Street, LLC (the "Landlord") and the Prior Owner, both of whom commenced actions against the Debtor. The Landlord obtained a Warrant of Eviction and the Debtor received notice that the Warrant of Eviction could be enforced beginning on January 16, 2026. The Debtor and the Landlord entered into an agreement pursuant to which the Debtor paid the sum of $5,000.00 and the eviction was put off until January 31, 2026. The agreement with the Landlord provided for an additional payment in the sum of $11,143.30 to be made by January 31, 2026. Unfortunately, the Debtor did not have the wherewithal to make said payment.

8.  As a result, the Debtor filed the instant chapter 11 case on February 2, 2026.

9.  This case was commenced as a Chapter 11 case, and as such there has been no

trustee or creditors' committee appointed in this case.

10. The Debtor's unsecured creditors are owed a total of $92,222.14, which is set forth in full in the list of the Debtor's twenty largest unsecured creditors annexed hereto at Exhibit "A"

11. A list of the Debtor's five largest secured creditors is annexed hereto at Exhibit "B".

12. The Debtor's assets consist primarily of its raw materials, machinery and equipment, as more particularly set forth on the Debtor's Schedule "A/B", a copy of which is annexed hereto at Exhibit "C".

13. The Debtor's liabilities consist of the following:

- Secured debt in the approximate sum of $135,852.21 owed to the Prior Owner of the Debtor's business.

- Priority tax debt in the sum of $6,000.00

- unsecured debt in the aggregate sum of $92,222.14

14. None of the shares in the Debtor are publically traded.

15. None of the Debtor's property is in the possession or custody of any third party.

16. The Debtor's assets consist primarily of its receivables and its inventory and equipment, as set forth on the Debtor's Schedule "A/B", a copy of which is annexed hereto at Exhibit "C".

17. The Debtor's books and records are maintained by Ayub.

18. As set forth above, at the time of the filing the Debtor was faced with the imminent eviction from the Business Premises.

19. The Debtor estimates that it will pay its employees (other than officers and

directors) weekly payroll for the 30-day period following the filing of the Chapter 11 petition in the weekly sum of $1,500.00.

20. During the 30-day period following the filing of the Chapter 11 petition, the Debtor estimates that it will pay its officers and directors approximately $0.00 per week.

21. During the thirty (30) day period immediately following the filing of this case the Debtor anticipates that it will have gross receipts of approximately $7,000.00 plus potential collection of outstanding accounts receivable in the sum of $3,692.00, and have estimated expenditures of $12,950.00 (Rent - $5,200.00, Utilities - $1,250.00, Payroll - $6,000.00, Insurance - $250.00, Misc - $250.00).

22. As stated above, the Debtor's main objective in its chapter 11 case is to obtain the "breathing room" necessary to allow it to reorganize and confirm a chapter 11 plan. The Debtor believes that it will be able to meet its objective and successfully emerge from Chapter 11 pursuant to a comprehensive plan of reorganization.

_____
Shams Ayub, President

Sworn to before me this
2nd day of February, 2026

_____
Notary Public

RAYMOND W. VERDI, JR
Notary Public, State of New York
No. 02VE5050065
Qualified in Suffolk County
Commission Expires October 2, 2029

4

EXHIBIT "A"

**Fill in this information to identify the case:**

Debtor name: Triple Point Defense Corp.
United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1371 Church St LLC c/o Dorf Assoc. Inc. 62 2nd St., Suite 2 Deer Park, NY 11729 | | Arrears on Lease for Business Premises | Disputed | | | $35,532.09 |
| Blue Point 41B Keyland Court Bohemia, NY 11716 | | Trade debt | Disputed | | | $1,000.00 |
| Empire Metals USA Inc. c/o Commercial Collection Corp. of New York, Inc. P.O. Box 288 Tonawanda, NY 14151-0288 | | Trade debt | Disputed | | | $16,412.50 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Unpaid corporate tax | Disputed | | | $6,000.00 |
| Machine Tool Repair&Sale 1537 Lincoln Avenue Holbrook, NY 11741 | | Trade debt | Disputed | | | $10,000.00 |
| National Grid P.O. Box 371382 Pittsburgh, PA 15250-7382 | | Utility | Disputed | | | $5,724.19 |
| PSEGLI P.O. Box 888 Hicksville, NY 11802-0888 | | Utility | Disputed | | | $7,729.56 |

Debtor  Triple Point Defense Corp.                                        Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Randstadt Talent c/o AG Adjustments LTD P.O. Box 9090 Melville, NY 11747 | | Trade debt | Disputed | | | $15,823.80 |
| Triple Pt Manufacturing c/o Shanker Law Group 101 Front Street Mineola, NY 11501-4402 | | | Disputed | $132,852.21 | $0.00 | $132,852.21 |

EXHIBIT "B"

## LIST OF CREDITORS HOLDING FIVE LARGEST SECURED CLAIMS OF TRIPLE POINT DEFENSE CORP., CHAPTER 11 DEBTOR

| Name and Address of Creditor | Nature of Lien | Value of Collateral | Amount of Claim |
|---|---|---|---|
| Triple Point Manufacturing c/o Shanker Law Group 101 Front Street Mineola NY 11501-4402 | Confession of Judgment | unknown | $132,852.21 (disputed by Debtor) |

EXHIBIT "C"

Fill in this information to identify the case:

Debtor name: **Triple Point Defense Corp.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets – Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                                Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 3815 | $0.00 |

4. Other cash equivalents (Identify all)

5. Total of Part 1.                                                                                                                                    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. Security Deposit held by landlord, 1371 Church Street LLC                                                              $3,900.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. Total of Part 2.                                                                                                                                $3,900.00
   Add lines 7 through 8. Copy the total to line 81.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                                                page 1

Debtor   **Triple Point Defense Corp.**                     Case number (If known) _____
         Name

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

**11. Accounts receivable**

11a. 90 days old or less: ____3,692.00____ - ____0.00____ = ....   $3,692.00
                          face amount           doubtful or uncollectible accounts

**12. Total of Part 3.**                                           $3,692.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** Miscellaneous raw materials | | $0.00 | Replacement | $20,000.00 |

20. Work in progress

21. Finished goods, including goods held for resale

22. Other inventory or supplies

**23. Total of Part 5.**                                           $20,000.00

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor     Triple Point Defense Corp.                              Case number (If known)
           Name

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Miscellaneous office furniture | $0.00 | Replacement | $1,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Miscellaneous office computer equipment | $0.00 | Replacement | $1,000.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. Total of Part 7.                                                                                              $2,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |

Debtor   __Triple Point Defense Corp.__   Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| Miscellaneous machinery, fixtures and equipment | $0.00 | Replacement | $110,000.00 |

51. Total of Part 8.                                                                                        $110,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9: Real property

54. Does the debtor own or lease any real property?

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    Triple Point Defense Corp.
          Name

Case number *(If known)* _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $3,900.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $3,692.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $20,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $2,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $110,000.00 | |
| 88. Real property. *Copy line 56, Part 9.* ................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $139,592.00  + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $139,592.00 |